## JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
### IN AND FOR New Castle COUNTY
### COURT NO. 7

**COURT ADDRESS:**
824 market st north 3rd flr
Wilmington, De 19801

**CIVIL ACTION NO.** Case No 17-12560, Adv. 19-51065

**PLAINTIFF(S).**    VS.    **DEFENDANT(S):**

☐ Check box if address has changed
1) Name: Woodbridge Group of Companies, LLC
Address: 201 n brand blvd suite M
Glendale, Ca 91203
Phone: 302-652-4100
2) Name: Michael Goldberg, Liquidating trustee
Address: 201 n Brand blvd suite M
Glendale, Ca 91203
Phone: 302-652-4100
Plaintiff's Attorney, if any:
Pachulski, Stang, Ziehl and Jones LLP

☐ Check box if address has changed
1) Name: Rance Bradshaw
Address: 17502 tally ho ct
Odessa, Fl 33556
Phone:
2) Name: BCM Benefits Inc
Address: 17502 Tally Ho Ct
Odessa, Fl 33556
Phone: 315-935-7342
Defendant's Attorney, if any:
Self

FILED 2022 JAN 25 AM 10:42

### APPLICATION FOR A MOTION HEARING

I, Rance Bradshaw, an above named party in this action, do request the Court to schedule a hearing to determine if the requested relief should be granted. In support of this application, I do truthfully state the following:

A. Type of relief requested:
We are requesting for the court to re open the default judgment that was placed against Rance Bradshaw as well as BCM Benefits Inc on 1-10-2022 and allow both individual and entity to properly respond to any and all correspondence requests from the court in a timely manner.

B. Reasons why the relief should be granted:
We are requesting this relief be granted because both Rance Bradshaw and BCM Benefits havent been communicated with and neither has received the court documents requesting response as it relates to the case. Without having proper service and communication from the court, its very difficult for anyone to properly communicate in a timely manner or at all.

C. If this is a motion to vacate a default or nonsuit judgment or a motion for a new trial or to amend a judgment, explain how you believe the result of the case may be different if the motion were granted.
In this instance, we are requesting a motion to vacate default judgment, whereas Rance Bradshaw and BCM Benefits werent properly able to respond to anything the court requested which, if allowed, could significantly impact culpability as well as any monetary impact that could result from it.

Date: 01-21-2022

Signature of Applicant

- Persons with disabilities should contact the Court in writing as soon as possible, prior to trial, to request reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing as soon as possible (preferably 14 days) prior to trial so the court can have an interpreter available for your hearing.
- Cell phones, pagers, cameras, and other electronic devices are NOT permitted in courthouses or courtrooms without permission of a judge.
- **If you are a corporation (or other artificial entity or public body):** Only an attorney or a person designated in a Form 50 may represent you in JP court. YOU MAY OBTAIN A FORM 50 application from the Court's website at https://courts.delaware.gov/jpcourt (Click on Form 50) or any JP Court civil location.
- For court appropriate attire see https://courts.delaware.gov/jpcourt/attire.aspx.

VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov
JP Civil Form 11 (rev 9/28/2021)