**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | |
| v. | |
| JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR., | Adv. Proc. Case No. 19-50965 (JKS) |
| GAULAN FINANCIAL, LLC, | Adv. Proc. Case No. 19-51012 (JKS) |
| BCM BENEFITS INC. AND RANCE BRADSHAW, | Adv. Proc. Case No. 19-51065 (JKS) |
| DEB BRUNDAGE, | Adv. Proc. Case No. 19-51069 (JKS) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 14, 2025, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on October 16, 2025 at 11:00 a.m. (Eastern Time)," dated October 14, 2025 [Docket No. 4982], by causing true and correct copies to be:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

    a.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.    be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<i>/s/ Sharna Wilson</i><br>Sharna Wilson

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al.
Case No.17-12560 (JKS)
Overnight Mail Master Service List

| Name | Address 1 | Address 2 | Address 3 | State | City | Zip |
|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | COUNSEL TO BANK OF AMERICA NA | ATTN MICHAEL K. PAK ESQ. | 1415 FOULK ROAD, SUITE 100 | WILMINGTON | DE | 19803 |

Page 1 of 1

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Case No. 17-12560 (JKS)
Overnight Mail Service List - Adversaries

| Name | Address 1 | Address 2 | State | City | Zip | Adv. Case No |
|---|---|---|---|---|---|---|
| JAMES E. CAMPBELL JR. INC | ATTN JAMES E CAMPBELL JR R/A | 1067 E US HWY 24 #182 | WOODLAND PARK | CO | 80866 | 19-50965 |
| GAULAN FINANCIAL LLC | ATTN MARIE A CORIOLAN OFFICER | 1711 ALHAMBRA CREST DR | RUSKIN | FL | 33570 | 19-51012 |
| GAULAN FINANCIAL LLC | ATTN ERNST GAUTIER R/A | 1711 ALHAMBRA CREST DR | RUSKIN | FL | 33570 | 19-51012 |
| BCM BENEFITS INC. | ATTN RANCE BRADSHAW CEO | 1815 LEMOYNE | SYRACUSE | NY | 13208 | 19-51065 |
| BCM BENEFITS INC. | ATTN RANCE BRADSHAW CEO | 17502 TALLY HO CRT | ODESSA | FL | 33556 | 19-51065 |
| BCM BENEFITS INC. | ATTN RANCE BRADSHAW CEO | 104 LIND AVE | SYRACUSE | NY | 13211 | 19-51065 |
| RANCE BRADSHAW | 15733 STARLING WATER DR | | LITHIA | FL | 33547 | 19-51065 |
| DEB BRUNDAGE | 4890 E. 26TH AVE | | APACHE JUNCTION | AZ | 85119 | 19-51069 |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Case No. 17-12560 (JKS)
Overnight Mail Service List – Adversaries

| Name | Address 1 | State | City | Zip | Adv. Case No |
|---|---|---|---|---|---|
| JAMES E. CAMPBELL | PO BOX 5167 | WOODLAND PARK | CO | 80866 | 19-50965 |
| DEB BRUNDAGE | PO BOX 6683 | MESA | AZ | 85216 | 19-51069 |

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Case No. 17-12560 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |