## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                Plaintiff,<br><br>                v.<br><br>BCM BENEFITS INC., a New York corporation; and RANCE BRADSHAW, an individual,<br><br>                Defendants. | Adversary Proceeding<br>Case No. 19-51065 (JKS)<br><br><br><br>**Ref. Docket No. 47** |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2025, I caused to be served the "Order on Rule to Show Cause," dated October 20, 2025 [Docket No. 47], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies LLC (3603), WMF Management LLC (9238), Woodbridge Mortgage Investment Fund 1 LLC (0172), and Carbondale Doocy, LLC (3616). The Remaining Debtors' mailing address is 201 North Brand Boulevard, Unit 200, Glendale, CA 91203.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          */s/ Sharna Wilson*
          Sharna Wilson

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al., Case No. 17-12560 (JKS)
First Class Mail Service List – Adv. No. 19-51065

BCM BENEFITS INC.
ATTN: RANCE BRADSHAW, CEO
1815 LEMOYNE
SYRACUSE, NY 13208-1328

BCM BENEFITS INC.
ATTN: RANCE BRADSHAW, CEO
17502 TALLY HO COURT
ODESSA, FL 33556-1815

BCM BENEFITS INC.
ATTN: RANCE BRADSHAW, CEO
104 LIND AVE
SYRACUSE, NY 13211

RANCE BRADSHAW
15733 STARLING WATER DR
LITHIA, FL 33547